UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,, | Case No. 2:13-cv-01176-RFB-PAL |
| Plaintiff, | ORDER |
| v. | |
| HEALTH PLAN OF NEVADA, INC., et al., | |
| Defendants. | |

Before the court is the parties' Discovery Plan and Scheduling Order, Special Scheduling Review Requested (Dkt. #64), filed August 27, 2014.   Subsequently, the parties filed a Stipulation to Stay (Dkt. #67) indicating that a tentative settlement had been reached on some of the underlying claims.   Accordingly,

**IT IS ORDERED** that:

1.     The parties' proposed Discovery Plan and Scheduling Order (Dkt. #64) is **DENIED**.

2.     A Status and Scheduling Conference is scheduled for **November 18, 2014, at 10:00 a.m., in Courtroom 3B.**

DATED this 12th day of September, 2014.



PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1