Amy M. Samberg
Nevada Bar No. 10212
Justin S. Hepworth
Nevada Bar No. 10080
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: asamberg@swlaw.com
Email: jhepworth@swlaw.com

Attorneys for Plaintiff
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, a foreign insurance company, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH PLAN OF NEVADA, INC., a Nevada corporation; SIERRA HEALTH SERVICES, INC., a Nevada corporation; SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC., a foreign corporation; SIERRA HEALTH-CARE OPTIONS, INC., a Nevada corporation; PRIME HEALTH, INC., a Nevada corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM. | CASE NO. 2:13-cv-01176-RFB-PAL <br><br> **JOINT STATUS REPORT** |

WHEREAS this Court previously entered a Minute Order [Dkt. No. 70] extending the temporary stay in this matter and requiring the parties to submit a report detailing the status of their settlement discussions no later than January 9, 2015.

WHEREAS the parties have entered into a Confidential Settlement Agreement and Release that will resolve this litigation.

WHEREAS the parties previously submitted a proposed Stipulation and Order to Release Deposited Funds [Dkt. No. 71] for consideration by the Court.  Upon entry of an order releasing

16107385

SF: 202965-1

to Defendant Health Plan of Nevada, Inc. the $2 million limit of insurance under Lexington Physicians and Surgeons Professional Liability Policy No. 7157607 which was deposited with the Clerk of the Court on July 23, 2013 (*see* Certificate of Cash Deposit [Dkt. No. 7]), plus any interest which has accrued thereon and less any administrative fees, the parties will file a stipulation and order to dismiss this case with prejudice.

| DATED this 8th day of January, 2015. | DATED this 8th day of January, 2015. |
|---|---|
| SNELL & WILMER L.L.P. | COVINGTON & BURLING LLP |
| By: */s/ Justin S. Hepworth*<br>Amy M. Samberg, NV Bar No. 10212<br>Justin S. Hepworth, NV Bar No. 10080<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br><br>Attorneys for Plaintiff<br>Lexington Insurance Company | By: */s/ M. Alexia dePottere-Smith, Esq.*<br>David B. Goodwin, Esq.<br>M. Alexia dePottere-Smith, Esq.<br>One Front Street, 35th Floor<br>San Francisco, CA 94111<br><br>Daniel Polsenberg, NV Bar No. 2376<br>Joel D. Henriod, NV Bar No. 8492<br>LEWIS ROCA ROTHGERBER LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br><br>Attorneys for Defendants Health Plan of Nevada, Inc., SierraHealth Services, Inc., SierraHealth and Life Insurance Company, Inc., SierraHealth-Care Options, Inc., and Prime Health, Inc. |

The stipulation to release funds having been approved and entered,

IT IS ORDERED that the parties shall have until **January 30, 2015**, to file the stipulation and proposed order of dismissal

DATED this 12th day of January, 2015.

_____
Peggy A. Leen
United States Magistrate Judge